**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREEN STREET FUNDING TRUST II, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE,<br>    *Plaintiff,*<br><br>v.<br><br>ALKME ENTERPRISES LLC,<br>    *Defendants.* | NO: |

**COMPLAINT**

Plaintiff, Green Street Funding Trust II, U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee, by and through its undersigned counsel, hereby complains against Defendants as follows:

**I.   PARTIES, JURISDICTION AND VENUE**

1.     The Plaintiff is Green Street Funding Trust II, U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee ("Plaintiff"), with an address in care of RF Mortgage Services Corporation, 550 W. Adams Street, Suite 950, Chicago, IL 60661.

2.     Defendant, Alkme Enterprises LLC ("Alkme " or "Mortgagor"), is a limited liability company incorporated under the laws of the State of New Jersey and has an address of 1 Gateway Center, Suite 2600, Newark, NJ 07102 and Alkme has an interest in the Real Property located at 1923 N. 25th Street, Philadelphia, PA 19121 (the "Property" or the "Mortgaged Premises"). Alkme is the mortgagor and real owner of the real Property hereinafter described.

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the cause of action arose here and the Property that is the subject of this action is situated here.

## II. FACTS

5.      On or about December 1, 2022, in consideration of a loan in the principal amount of $232,000.00, Alkme executed and delivered to Mortgage Calculator Company LLC, a note (the "Note").  A true and correct copy of the Note is attached hereto and marked as Exhibit "A" and made a part hereof.

6.      To secure the obligations under the Note, Alkme executed and delivered to Mortgage Electronic Registration Systems Inc., acting solely as a nominee for Mortgage Calculator Company LLC, its Successors and Assigns a mortgage dated December 1, 2022, and recorded December 5, 2022, in the Office of the Recorder for Philadelphia County, as Instrument Number 54127237 (the "Mortgage").  A true and correct copy of the Mortgage is attached hereto and marked as Exhibit "B" and made a part hereof.

7.      The Mortgage secures the following real property (the "Mortgaged Premises"): 1923 North 25th Street, Philadelphia, PA 19121.  A true and correct copy of the legal description of the Mortgaged Premises is attached hereto and marked as Exhibit "C" and made a part hereof.

8.      The Plaintiff, directly or through an agent, has possession of the Note, which has been duly endorsed. Therefore, the Plaintiff has the right to enforce the Note.

9.    The Plaintiff is the proper party by way of an Assignment of Mortgage (the "Assignment"), dated January 15, 2024, and recorded in the Recorder of Deeds for Philadelphia County on January 16, 2024, as Document ID Number 54261115. A true and correct copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "D."

10.    Alkme is the record and real owner of the Mortgaged Premises.

<u>**COUNT I**</u>
<u>**MORTGAGE FORECLOSURE**</u>
<u>**PLAINTIFF v. ALKME**</u>

11.    The allegations of paragraph 1 through 10 are incorporated herein as though set forth at length.

12.    The Note and the Mortgage are in default because the monthly payments due December 1, 2025, and thereafter have not been paid.  As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, escrow deficit, and all costs of collection including, but not limited to, title search fees and reasonable attorney's fees.

13.    As of June 9, 2026, the following amounts are due on the Mortgage and Note:

| | |
|---|---|
| Unpaid Principal Balance | $228,275.30 |
| Interest (Good Through June 19, 2026) | $15,065.38 |
| Cumulative Late Charges | $1,039.24 |
| Title Costs | $365.00 |
| FC Fees | $3,841.34 |
| Service Transfer Corporate Advance | $85.00 |
| Corporate Advances | $225.00 |
| Service Transfer Late Fee | $420.10 |
| Deferred Balance | $14,703.78 |
| Lien Release Fee | $250.00 |
| Wire Fee | $10.00 |
| Escrow Reserve Balance | $10,318.86 |
| **Total Amount Due** | **$274,599.00** |

*\* Non-Interest Bearing*

The current interest rate is 10.375%. *Per diem* interest in the amount of $65.79 will accrue on the principal unless there is an interest rate change as set forth in the Note.

14.    Pennsylvania laws Act 6 of 1974 and Act 91 of 1982 are not applicable as this action involves a commercial loan. Notice of default as required by the terms of the Mortgage have been sent to the Defendants.  Copies of the Notices, redacted to remove confidential account information, are attached hereto and marked as Exhibit "E" and made a part hereof.

**WHEREFORE**, the Plaintiff requests judgment against Defendant Alkme under Count I in the sum of **$274,599.00**, together with interest, costs (including additional escrow advances), and additional attorney's fees and costs, and for United States Marshall's foreclosure sale of the Mortgaged Premises.

**COUNT II**
**BREACH OF CONTRACT**
**PLAINTIFF v. ALKME**

15.     Plaintiff incorporates by reference paragraphs 1 through 14 as though set forth at length.

16.     By virtue of the default of Alkme under the subject Mortgage/Note obligation, Plaintiff is entitled to the entry of an *in personam* money judgment against Alkme for the total amounts due and owing set forth herein, **$274,599.00.**

**WHEREFORE**, Plaintiff demands judgment against Alkme under Count II in the sum of **$274,599.00** together with interest from November 1, 2025, at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Note.

Respectfully submitted,

Date: July 9, 2026

/s/ Stephen M. Hladik

Stephen M. Hladik, Esq., ID No. 66287
Robert W. Williams, Esq., ID No. 315501
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
shladik@hoflawgroup.com
rwilliams@hoflawgroup.com
*Attorneys for Plaintiff*